**Entered on Docket
April 09, 2010**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

_____

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
bk@wildelaw.com
Fax:  702 258-8787
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
Wells Fargo Bank, National Association, as Trustee under Pooling and Servicing Agreement dated as of May 1, 2005 Asset-Backed Pass-Through Certificates, Series 2005-WHQ3
10-70003

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | Bk Case No.: 09-25056-lbr |
|---|---|
| Daniel I. Perkins | Date:  3/31/2010<br>Time: 10:00 am |
|  | Chapter 13 |
| Debtor | |

### ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

Secured Creditor Wells Fargo Bank, National Association, as Trustee under Pooling and Servicing Agreement dated as of May 1, 2005 Asset-Backed Pass-Through Certificates, Series 2005-WHQ3, its assignees and/or successors in interest, of the subject property, generally described as 5882 Pear Court, Las Vegas, NV 89110, and legally described as follows:

LOT NINETEEN (19) IN BLOCK FOUR (4) SUNRISE HILLS - UNIT 5, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 36 OF PLATS, PAGE 90, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtor at least seven business days' notice of the time, place and date of sale.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby withdraws its secured Proof of Claim filed in this matter. The Secured Creditor shall notify the Trustee of the completion of the foreclosure sale. If applicable, Secured Creditor may thereafter amend its secured Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the foreclosure sale.

Submitted by:

**WILDE & ASSOCIATES**

By: _/s/ #10235_
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor

**APPROVED / DISAPPROVED**

By:_____
George Haines
Attorney for Debtor(s)


**APPROVED / DISAPPROVED**

By:_____
Rick A. Yarnall
Chapter 13 Trustee

1  In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
2  ____    The court waived the requirements of LR 9021.
   ____    No parties appeared or filed written objections, and there is no trustee appointed in the case.
3  ____    No parties appeared or filed written objections, and the trustee is the movant.
   _x_     This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a
4          copy of this proposed order to all counsel who appeared at the hearing, and any trustee
           appointed in this case, any unrepresented parties who appeared at the hearing, and each has
5          approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
   ____ approved the form of this order          ____ disapproved the form of this order
   ____ waived the right to review the order and/or   _x_ failed to respond to the document
   ____ appeared at the hearing, waived the right to review the order
   ____ matter unopposed, did not appear at the hearing, waived the right to review the order
Trustee:
   ____ approved the form of this order          ____ disapproved the form of this order
   ____ waived the right to review the order and/or   _x_ failed to respond to the document

   ____ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all
        counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented
        parties who appeared at the hearing, and each has approved or disapproved the order, or failed to
        respond, as indicated below.

Debtor's counsel:
   ____ approved the form of this order          ____ disapproved the form of this order
   ____ waived the right to review the order and/or   ____ failed to respond to the document
   ____ appeared at the hearing, waived the right to review the order
   ____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
   ____ approved the form of this order          ____ disapproved the form of this order
   ____ waived the right to review the order and/or   ____ failed to respond to the document

   ____ I certify that I have served a copy of this order with the motion, and no parties appeared or filed
        written objection.

Submitted by:
 /s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor